7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

***In Re:*** Billie Elizabeth Hughes (BELOW MED)
***Debtor***

***Bankruptcy Case No.***
12–60947–abf13

**Dale Hughes**
    Plaintiff(s)

***Adversary Case No.***
13–06059–abf

v.

**Billie Elizabeth Hughes**
**Dale Hughes**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That pursuant to the Court's Order Directing Judgment(Doc. No. 26), entered by the Court on 7/11/2014, Judgment is hereby entered in favor of the Debtor–Defendant Billie Elizabeth Hughes on the Plaintiff's Complaint for nondischargeability against her. IT IS FURTHER ORDRED, that Judgment is hereby entered in favor of Counter–Claimant Billie Elizabeth Hughes, and against Defendant Dale Hughes, in the amount of $1,000, on the Counterclaim. IT IS FURTHER ORDERED, that the Judgment entered against Billie Elizabeth Hughes by the Circuit Court of Greene County, Missouri, in Case No. 1331–AC03619 is VOID. Each party to bear its own costs.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 7/11/14

Court to serve